


10/13/2021

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

joslick@seyfarth.com
T (212) 218-6480

www.seyfarth.com

October 13, 2021

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Montenegro Romero v. The Prudential Insurance Company of America*
                 *Case No.: 21-cv-4678 (AJN)*

Dear Judge Nathan,

      We represent Defendant The Prudential Insurance Company of America in this matter.  We write, jointly with Plaintiff, and in accord with Your Honor's October 5, 2021 Order, to request that the initial case management conference scheduled for October 15, 2021 at 3:45 p.m. be cancelled.  In brief, the parties agree that a conference is not required because, on October 12, 2021, Your Honor adopted the parties' proposed case management plan and referred the parties to a United States Magistrate Judge for settlement purposes.

      We thank the Court for its time and effort on this matter.

*[Signature: Alison J. Nathan]*
10/13/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

                                            Respectfully submitted,

                                            SEYFARTH SHAW LLP

                                            */s/  Jacob Oslick*
                                            Jacob Oslick

cc: All counsel of record (via ECF and email)