UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YAMILE ANDREA MONTENEGRO ROMERO,

                     **Plaintiff,**                                               21-CV-04678 (AJN)(SN)

       -against-                                                 **ORDER**

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

                     **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On October 12, 2021, the Honorable Alison J. Nathan assigned this matter to my docket for settlement. By October 29, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      October 14, 2021
                  New York, New York