```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2.2.22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Montenegro Romero,

        Plaintiff,

–v–

The Prudential Insurance Company,

        Defendant.

21-cv-4678 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The orders filed at docket numbers 26 and 27 were filed in error and are hereby withdrawn.

SO ORDERED.

Dated: February 2, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1