UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YAMILE ANDREA MONTENEGRO ROMERO,

                      Plaintiff,

      -against-

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

                      Defendant.

-----------------------------------------------------------------X

21-CV-04678 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

A conference to discuss the status of this case is scheduled for Tuesday, March 1, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

The deadline to file an application to reopen this case is extended to March 18, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: February 28, 2022
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022